FEBRUARY 1, 1977

No. 76–645. BONAVENTURE *v.* FIRST STATE BANK ET AL. Sup. Ct. N. J. Certiorari dismissed under this Court's Rule 60.

FEBRUARY 4, 1977

No. 76–928. BARSZCZ *v.* BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT No. 504, COOK COUNTY, ILLINOIS. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 60.

FEBRUARY 10, 1977

No. 76–5910. SLAUGHTER *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.